THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ANTHONY FROIO, Appellant.

Argued February 20, 1947; decided April 11, 1947.

*Bartle Gorman* and *J. Walter Augar* for appellant.

*Earle C. Bastow, District Attorney (Joseph A. Page* of counsel), for respondent.

Judgments reversed and a new trial ordered on the ground that it was not established beyond a reasonable doubt that defendant was in possession or control of the premises on March 11, 1945, or that he had knowledge that gambling was being carried on in the premises on that date. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.